**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00358-CR
_____

**KENNY JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1447087**

## ORDER

Appellant is represented by retained counsel, Connie Brown Williams. No reporter's record has been filed in this case. Linda Hacker, the official court reporter for the 177th District Court, informed this court that appellant had not made arrangements for payment for the reporter's record. On June 2, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Connie Brown Williams, to file a brief in this appeal on or before July 23, 2015. If Connie Brown Williams does not timely file the brief as ordered, we will issue an order directing the trial court to hold a hearing to determine why no brief has been filed.

PER CURIAM